WILLIAM S. CORBIN, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 9196

November 22, 1976                    555 P.2d 1325

*David M. Schreiber,* Las Vegas, for Appellant.

*George E. Holt,* District Attorney, and *Albert Matteucci,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

For the same reasons enunciated in McNair v. Sheriff, 89 Nev. 434, 514 P.2d 1175 (1973), the district court's order denying a pretrial petition for habeas corpus is reversed.